**Edmund George NOWICKI, Petitioner–Appellant,**

v.

**State of MARYLAND, Respondent–Appellee.**

No. 02–7287.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 3, 2002.

Edmund George Nowicki, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Edmund Nowicki, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000), which it construed as a petition pursuant to 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. *See Nowicki v. State of Maryland,* No. CA–02–2116–PM (D.Md. July 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*